**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**TERRY LEE MIKSELL,**

        Defendant.

Case No. 20-05008-01-CR-S-RK

**DEFENDNT'S E X H I B I T   I N D E X**

| | | | | |
|---|---|---|---|---|
| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes | |
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection | |
| DB | = admitted, de bene | NO | = marked, but not offered | |
| | | WD | = offered then withdrawn | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | Ltd | 3/29/22 | 11:58 am | FB Messages 1 thru 33, Pages 2 thru 6 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |

I CERTIFY that I have this date March 29, 2022, received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

/s/ Brian D. Risley_____     Brian D. Risley_____
Signature                                                       Printed Name