# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

Case No. 20-05008-01-CR-S-RK

**TERRY LEE MIKSELL,**

Defendant.

### GOVERNMENT'S E X H I B I T  I N D E X

| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 3/29/22 | 11:14 am | Photograph depicting a make-up brush inserted into vaginal opening |
| 2 | ✓ | 3/28/22 | 3:28 pm | Alcatel cellular telephone seized from Terry Lee Miksell |
| 3 | ✓ | 3/28/22 | 3:33 pm | Compact disc containing data recovered from Terry Lee Miksell's Facebook account |
| 4 | ✓ | 3/28/22 | 3:35 pm | Printout of messages exchanged between G.M. and Terry Lee Miksell on Facebook |
| 5 | ✓ | 3/29/22 | 9:48 am | Compact disc containing results of forensic examination of Alcatel cellular telephone |
| 6 | ✓ | 3/29/22 | 9:50 am | Printout of messages exchanged between G.M. and Terry Lee Miksell recovered from Alcatel cellular telephone |
| 7 | ✓ | 3/29/22 | 9:57 am | Photograph of a hairbrush inserted into vaginal opening |
| 8 | ✓ | 3/29/22 | 9:57 am | Photograph of hand and genitals |
| 9 | ✓ | 3/29/22 | 9:59 am | Thumb drive containing video depicting G.M. |
| 10 | ✓ | 3/29/22 | 10:00 am | Photograph of penis transmitted in Facebook message 508 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 11 | ✓ | 3/29/22 | 10:00 am | Photograph of penis transmitted in Facebook message 744 |
| 12 | ✓ | 3/29/22 | 10:00 am | Photograph of penis transmitted in Facebook message 996 |
| Exhibit Number | Action Taken | Date | Time | Description |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

I CERTIFY that I have this date __3-29-2022__ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_Stephanie J. Wan_
Signature

_Stephanie L. Wan_
Printed Name