IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:20-05008-CR-RK |
| TERRY LEE MIKSELL, | ) |
| Defendant. | ) |

## ORDER DENYING MOTION FOR ACQUITTAL AT THE CLOSE OF ALL EVIDENCE

Pending before the Court is Defendant's Motion for Judgment of Acquittal at the Close of All Evidence. (Doc. 85.) Having carefully considered the motion, the record, and the applicable law, the Court **DENIES** Defendant's motion.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 18, 2022